## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN THE BANKRUPTCY MATTER OF:

Eddie E. Woullard and Sasha D. Bowden-
Woullard

                                    Debtors

Chapter 13 No.     12-13154

Judge     Jacqueline P. Cox

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on April 17, 2017, I filed the attached Response to Notice of Final Cure, a copy of which is hereby served upon you.

/s/ Ross T. Brand

**Certificate of Service**

The undersigned certifies that he served a copy of the Notice of Filing and Response to Notice of Final Cure on the Debtors by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. on April 17, 2017 with proper postage prepaid and on the other listed parties via ECF notification.

/s/ Ross T. Brand
Ross T. Brand ARDC# 6294886

Kluever and Platt, LLC
65 E. Wacker Pl., Ste. 2300
Chicago, IL 60601
(312) 201-6670
Our File #: SPSB.1133

**This is an attempt to collect a debt.  Any information obtained will be used for that purpose.**

**<u>SERVICE LIST</u>**

Eddie E. Woullard and Sasha D. Bowden-Woullard
18144 Idlewild Drive
Country Club Hills, IL 60478

Tom Vaughn
55 E. Monroe Street, Suite 3850
Chicago, IL 60603

Sandra Levitt
Zalutsky & Pinski, Ltd.
111 West Washington, Suite 1550
Chicago, IL 60602