**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>EDDIE E WOULLARD<br>SASHA D BOWDEN WOULLARD<br>Debtor(s) | Case No. 12-13154 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/30/2012.

2) The plan was confirmed on 12/03/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 03/30/2017.

6) Number of months from filing to last payment: 60.

7) Number of months case was pending: 64.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $24,000.00.

10) Amount of unsecured claims discharged without payment: $262,037.15.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $42,100.00 |
| Less amount refunded to debtor | $100.00 |

**NET RECEIPTS:** $42,000.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,366.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,865.61 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,231.61

Attorney fees paid and disclosed by debtor:   $134.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AARON'S INC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 44,520.00 | NA | NA | 0.00 | 0.00 |
| ASPIRE VISA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 4,035.00 | 4,057.83 | 4,057.83 | 388.85 | 0.00 |
| AT&T | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE | Unsecured | 1,959.00 | NA | NA | 0.00 | 0.00 |
| CEDAR RUSTIC FENCE CO | Unsecured | 4,642.00 | 2,220.79 | 2,220.79 | 0.00 | 0.00 |
| CENTER FOR DENTAL IMPLANTS | Unsecured | 29.00 | NA | NA | 0.00 | 0.00 |
| CERTIFED SVC | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 4,870.00 | NA | NA | 0.00 | 0.00 |
| CHRIST HOSPITAL | Unsecured | 4,870.00 | NA | NA | 0.00 | 0.00 |
| CITIFINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY NATIONAL BANK | Unsecured | 31,841.00 | NA | NA | 0.00 | 0.00 |
| CITY OF COUNTRY CLUB HILLS | Unsecured | 900.00 | NA | NA | 0.00 | 0.00 |
| CITY OF OAK LAWN CAMERA VIOLA | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 1,203.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CHICAGO | Unsecured | 249.00 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| DEUTSCHE NATIONAL TRUST CO | Secured | NA | 13,355.82 | 13,355.82 | 13,355.82 | 0.00 |
| DEUTSCHE NATIONAL TRUST CO | Secured | 131,197.00 | 135,400.73 | 148,756.55 | 0.00 | 0.00 |
| DIRECTV | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 11,854.00 | 13,060.91 | 13,060.91 | 1,251.58 | 0.00 |
| FIRST ASSOCIATES LOAN SERV | Secured | 10,924.00 | 12,300.00 | 10,924.00 | 10,924.00 | 575.83 |
| FIRST ASSOCIATES LOAN SERV | Unsecured | 1,076.00 | 1,090.38 | 2,466.38 | 236.35 | 0.00 |
| FIRST MIDWEST BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB GAP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB/WALMART | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GLELSI/BANK OF AMERICA | Unsecured | 11,854.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GLOBAL PAYMENTS | Unsecured | 2,000.00 | 2,000.00 | 2,000.00 | 191.65 | 0.00 |
| GM FINANCIAL | Unsecured | 10,504.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 9,282.00 | 10,524.31 | 10,524.31 | 1,008.51 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD FINANCE CORP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | NA | 468.00 | 468.00 | 468.00 | 0.00 |
| INSOLVE RECOVERY | Unsecured | 1,606.00 | 1,608.34 | 1,608.34 | 154.12 | 0.00 |
| INSOLVE RECOVERY | Unsecured | 1,529.00 | 1,531.12 | 1,531.12 | 146.72 | 0.00 |
| INSOLVE RECOVERY | Unsecured | NA | 764.30 | 764.30 | 73.24 | 0.00 |
| INSOLVE RECOVERY | Unsecured | 1,899.00 | 2,321.26 | 2,321.26 | 222.44 | 0.00 |
| INSOLVE RECOVERY | Unsecured | 1,231.00 | 1,232.67 | 1,232.67 | 118.12 | 0.00 |
| INSOLVE RECOVERY | Unsecured | 600.00 | 603.25 | 603.25 | 57.81 | 0.00 |
| INSOLVE RECOVERY | Unsecured | 1,041.00 | 1,042.37 | 1,042.37 | 99.89 | 0.00 |
| KINDERCARE LEARNING CENTERS | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| MARIN | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT IN | Unsecured | 12,968.00 | 8,133.98 | 8,133.98 | 779.45 | 0.00 |
| MIDWEST PEDIATRIC CARDIOLOGY | Unsecured | 332.00 | NA | NA | 0.00 | 0.00 |
| MIDWEST PEDIATRIC SURGICAL | Unsecured | 504.00 | NA | NA | 0.00 | 0.00 |
| NATIONWIDE ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 796.00 | NA | NA | 0.00 | 0.00 |
| NORTH STAR CAPITAL | Unsecured | 818.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Unsecured | 32,257.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 32,257.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 4,642.00 | 4,488.43 | 4,488.43 | 430.11 | 0.00 |
| PREMIER BANK CARD | Unsecured | 429.00 | 428.59 | 428.59 | 41.07 | 0.00 |
| REUBEN D DDS | Unsecured | 57.00 | NA | NA | 0.00 | 0.00 |
| SCHEER GREEN BURKE CO | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | NA | 1,665.81 | 3,165.81 | 303.37 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | NA | 1,500.00 | 1,500.00 | 0.00 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 500.00 | 2,204.52 | 4,941.52 | 473.53 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Secured | 1,500.00 | 4,237.00 | 1,500.00 | 1,500.00 | 79.19 |
| US DEPT OF ED GREAT LAKES | Unsecured | 12,348.00 | 1,221.73 | 1,221.73 | 117.07 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 25,000.00 | 13,477.48 | 13,477.48 | 1,291.51 | 0.00 |
| US DEPT OF ED GREAT LAKES | Unsecured | 25,000.00 | 25,881.63 | 25,881.63 | 2,480.16 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 12,348.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATIONA/GLELSI | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 655.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/EXPRESS | Unsecured | 1,169.00 | NA | NA | 0.00 | 0.00 |
| WFNNB/HARLEM FURNITURE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $148,756.55 | $0.00 | $0.00 |
| Mortgage Arrearage | $13,355.82 | $13,355.82 | $0.00 |
| Debt Secured by Vehicle | $12,424.00 | $12,424.00 | $655.02 |
| All Other Secured | $1,500.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$176,036.37** | **$25,779.82** | **$655.02** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $468.00 | $468.00 | $0.00 |
| **TOTAL PRIORITY:** | **$468.00** | **$468.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$105,172.70** | **$9,865.55** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $5,231.61 |
| Disbursements to Creditors | $36,768.39 |
| **TOTAL DISBURSEMENTS:** | **$42,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/25/2017                    By: /s/ Tom Vaughn
                                         Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**